IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-422-D

| | |
|---|---|
| MARJORY W. REGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| VETERANS AFFAIRS, et al., ) | |
| ) | |
| Defendants. ) | |

On July 25, 2012, Magistrate Judge Webb issued a Memorandum and Recommendation ("M&R") [D.E. 42]. In that M&R, Judge Webb recommended that the defendants' motion to dismiss [D.E. 26] be granted. On August 14, 2011, pro se plaintiff filed objections [D.E. 43] to the M&R. On September 7, 2012, the government responded [D.E. 45]. On September 13, 2012, plaintiff filed motions for default against defendants [D.E. 46, 48] and supporting memoranda [D.E. 47, 49].

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (alteration in original) (emphasis and quotation omitted). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Id. (quotation omitted).

The court has reviewed the M&R and the record. As for those portions of the M&R to which plaintiff did not object, the court is satisfied that there is no clear error on the face of the record. As for the objections, the court has reviewed the objections and the M&R de novo, plaintiff's objections are overruled.

Defendants' motion to dismiss [D.E. 26] is GRANTED. Plaintiff's complaint is DISMISSED. Plaintiff's motions for entry of default [D.E. 46, 48] are DENIED. The Clerk of Court is directed to close the case.

SO ORDERED. This 12 day of October 2012.

JAMES C. DEVER III
Chief United States District Judge