AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| MARJORY WAGNER REGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES DEPARTMENT OF )<br>VETERANS AFFAIRS, ERIC K. SHINSEKI, )<br>S*ecretary, Department of Veteran Affairs,* )<br>WILLIAM FEELEY, *Director, Buffalo VA* )<br>*Medical Center,* MICHAEL S. GRIMALDI, M.D. )<br>*Buffalo VAMC,* RUBEN CARTEJENA, M.D., )<br>*Buffalo VAMC,* JANE DOE #1, *Medical Staff* )<br>*Buffalo VAMC,* JOHN DOE #1, *Medical Staff* )<br>*Buffalo VAMC,* JOHN DOE #2, *Medical Staff* )<br>*Buffalo VAMC,* JOHN DOE #3, *Medical Staff* )<br>*Buffalo VAMC,* JOHN DOE #4, *Medical Staff* )<br>*Buffalo VAMC,* JOHN DOE #5, *Medical Staff* )<br>*Buffalo VAMC,* JOHN DOE #6, *Medical Staff* )<br>*Buffalo VAMC,* JANE DOE #2, *Staff Member* )<br>*Buffalo VAMC,* JANE DOE #3, *Medical Staff* )<br>*Buffalo VAMC,* JANE DOE #4, *Medical Staff* )<br>*Buffalo VAMC,* JOHN DOE #7, *Medical Staff* )<br>*Buffalo VAMC,* JANE DOE #5, *Medical Staff* )<br>*Buffalo VAMC,* NANCY BENJAMIN, *Buffalo* )<br>*VAMC,* KATHY PHILLIPS, *Buffalo VAMC,* )<br>JANE DOE #6, *Staff Member Cleveland VAMC,* )<br>JANE DOE #7, *Staff Member Cleveland VAMC,* )<br>JOHN DOE #8, *MD, Cleveland VAMC,* JANE )<br>DOE #9, *Office of Legal Council Buffalo VAMC,* )<br>HENRY PATRONSKI, *Patient Advocate,* )<br>*Buffalo VAMC,* JANE DOE #10, *Medical Staff* )<br>*Buffalo VAMC,* AMY T. QUINLIVAN, *M.D.,* )<br>*Buffalo VAMC,* M.T. SRIKRISHNA, M.D., )<br>*Buffalo VAMC,* SAMUEL J. VICARETI, *Buffalo* )<br>*VAMC,* JACQUELIN BRICKELMAN, *Buffalo* )<br>*VAMC,* HONG-SHAUR SHIEH, *Buffalo VAMC,* ) | **JUDGMENT**<br>**5:11-CV-422-D** |

| | |
|---|---|
| LISA N. NICOLAS, M.D., *Buffalo VAMC*, | ) |
| JOANNE H. NELSON, LPN, *Buffalo VAMC*, | ) |
| MARGARET DUNN, *Buffalo VAMC*, | ) |
| GEORGE P. BOUCHER, *Buffalo VAMC*, | ) |
| BERNADINE H. DRAFFIN-PLUMMER, *Buffalo VAMC*, GREGORY PISKOR, *Buffalo, VAMC*, | ) ) |
| GEORGE J. BURNETT, M.D. *Buffalo VAMC*, | ) |
| JOSEPH J. BASO, *Buffalo VAMC*, JANE DOE #11, *Quality Management Buffalo VAMC*, | ) ) |
| JOHN DOE #11, *Chief of Medicine, Buffalo VAMC, and* MICHAEL S. FINEGAN, *Acting Director Buffalo VAMC*, | ) ) ) |
| | ) |
| Defendants. | ) |

**Decision by the Court:**

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss [D.E. 26] is GRANTED. Plaintiff's Complaint is DISMISSED. Plaintiff's Motions for Entry of Default [D.E. 46, 48] are DENIED. The Clerk of Court is directed to close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**OCTOBER 12, 2012**</u> WITH A COPY TO:

Marjory Wagner Regan, Pro Se  (via USPS to 105 N. Forrest Street, Selma, NC 27576)
Matthew Lee Fesak (via CM/ECF Electronic Notification)

| | |
|---|---|
| <u>October 12, 2012</u> | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |

<u>/s/ Debby Sawyer</u>
(By) Deputy Clerk

Raleigh, North Carolina